IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO KENNEDY                              05cr20109-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on _May 11, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Arch Boyd_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:922(g)
UNLAWFUL TRANSPORT OF FIREARMS, ETC.
(
Attorney assigned to Case: D. Pritchard

Age: 33

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20109 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arch B. Boyd
LAW OFFICES OF ARCH B. BOYD
140 N. Third St.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT