IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    Cr. No. 05-20109-Ml

ANTONIO KENNEDY

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of May 4, 2005 through May 11, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, MAY 11, 2005 at 10:00 a.m. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: May 09, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20109 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Arch B. Boyd
LAW OFFICES OF ARCH B. BOYD
140 N. Third St.
Memphis, TN 38105

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT