IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>05-20109-Ml</u> |
| | * | |
| ANTONIO KENNEDY, | * | |
| Defendant. | * | |

### ORDER TO DISMISS SUPPRESSION HEARING

It is hereby ORDERED that the Motion to Dismiss Suppression Hearing is hereby GRANTED.

**IT IS SO ORDERED** this the 30 day of August, 2005.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

August 29, 2005
David Pritchard

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-31-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20109 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arch B. Boyd
LAW OFFICES OF ARCH B. BOYD
140 N. Third St.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT