M1

FILED BY _____ D.C.

05 SEP -6 PM 5:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W. DIST. TN. MEMPHIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

~~2005 SEP -1~~ AM 8: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

Plaintiff,

v.

**ANTONIO KENNEDY**
**Defendant.**

No. 05-20109-MI

MOTION GRANTED _Jon P McCll_

JON PH..
**U.S. DISTRICT JUDG..**

_____ 6 2005

DATE

## MOTION TO CONTINUE SUPPRESSION HEARING

COMES NOW the defendant, Antonio Kennedy, by and through the undersigned counsel of record, ARCH B. BOYD, III, moves the Court to continue the Suppression Hearing now set for Friday, September 2, 2005, at 2:30 p.m., and would state to the Court as follows:

1.      The attorney representing Antonio Kennedy is desirous of going to Boston, Massachusetts Friday morning September 2, 2005, on a business trip;

2.      It is necessary for me to be present with a client in Boston, Massachusetts;

3.      It will not be injurious to the Defendant for this Motion to Suppress to be delayed a short time.

WHEREFORE the defendant's attorney, Arch B. Boyd, III, moves the Court to continue the Suppression Hearing now set for September 2, 2005.

Respectfully submitted,

By: Arch B. Boyd, III
B.P.R. No. 8434
140 North Third Street
Memphis, TN 38103-2007
Ph: (901) 527-1588 Fax: (901) 527-1595

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-7-05_



## CERTIFICATE OF SERVICE

I, the undersigned, Arch B. Boyd, III, hereby certify that a true and exact copy of the foregoing

has been mailed and/or hand delivered to the Special Assistant United States Attorney, 167 North

Main, Suite 800, Memphis, TN 38103, this the _3/_ day of _____ 2005.


_____
Arch B. Boyd, III

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20109 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Arch B. Boyd
LAW OFFICES OF ARCH B. BOYD
140 N. Third St.
Memphis, TN 38105

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT