IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Antonio Kennedy<br><br><br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)  Criminal No. _05-20109-Ml<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN OPEN COURT
DATE: 12/2/05
TIME: 4:55 PM
INITIALS: JPW

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the December, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Tuesday, December 20, 2005, with trial to take place on the January, 2006, rotation calendar with the time excluded under the Speedy Trial Act through January 13, 2006. Agreed in open court at report date this 2nd day of December, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-5-05

SO ORDERED this 2nd day of December, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20109 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arch B. Boyd
LAW OFFICES OF ARCH B. BOYD
140 N. Third St.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT